FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 1 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADAM J. WINGE,

    Defendant.

Citation No. F3822295
Mag. No. MJ-06-4164-1

Order to Quash Warrant and Close Case

The Court hereby orders that the Warrant for Arrest issued to the above named defendant be quashed and close this case. The Clerk of the Court is hereby ordered to close this case.

DATED this ___1st___ day of ~~October~~ Nov., 2006.

Michael W. Leavitt
United States Magistrate Judge

Order to Quash - 1